```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
WARNER BROS. RECORDS INC., a
Delaware corporation;  ARISTA
RECORDS LLC, a Delaware limited
liability company; UMG RECORDINGS,
INC., a Delaware corporation; and
CAPITOL RECORDS, LLC, a Delaware
limited liability company                               PLAINTIFFS

         v.              Civil No. 08-3043

ALTHEA LAWS                                              DEFENDANT

## J U D G M E N T

Now on this 18th day of December, 2008, comes on for consideration the parties' **Stipulation To Judgment And Permanent Injunction** (document #8), and based thereon, the Court enters judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff have and recover judgment against defendant in the sum of Thirty-Six Hundred Dollars ($3,600.00), with interest thereon at the rate of .50% from the date of this Judgment until paid, for all of which execution may issue.

**IT IS FURTHER ORDERED** that defendant is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in any sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs, or any parent, subsidiary, or affiliate record label of plaintiffs

("Plaintiffs' Recordings"), by any means, including without limitation the following:

    (a) using the internet or any online media distribution system to reproduce (i.e., download); to distribute (i.e., upload); or to make available for distribution to the public any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of plaintiffs; or

    (b) causing, authorizing, permitting, or facilitating any third party to access the internet or any online media distribution system through the use of an internet connection and/or computer equipment owned or controlled by defendant, to download, upload, or make available for distribution to the public any of Plaintiff's Recordings, except pursuant to a lawful license or with the express authority of plaintiffs.

    **IT IS FURTHER ORDERED** that defendant shall destroy all copies of Plaintiffs' Recordings that defendant -- or any third party that has used the internet connection and/or computer equipment owned or controlled by defendant -- has downloaded without plaintiffs' authorization onto any computer hard drive or server owned or controlled by defendant, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

    **IT IS FURTHER ORDERED** that the Court will maintain jurisdiction over this action for six (6) months for the purpose

of enforcing this Judgment.

**IT IS SO ORDERED.**

>                              **/s/Jimm Larry Hendren**
>                              **JIMM LARRY HENDREN**
>                              **UNITED STATES DISTRICT JUDGE**